UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **KEITH WAYNE TYLER** | : | **DOCKET NO. 2:20-cv-0224** |
| **D.O.C. # 273503** | | **SECTION P** |
| **VERSUS** | : | **JUDGE TERRY A. DOUGHTY** |
| **DARREL VANNOY** | : | **MAG. JUDGE KATHLEEN KAY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 42] having been considered, together with the Objection [Doc. No. 43] filed by Plaintiff Keith Wayne Tyler on September 7, 2021, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE**.

**MONROE, LOUISIANA**, this 8th day of September 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE